UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE DEGRAW,

       Plaintiff,

CASE NO. 8:18-cv-700-SDM-TGW

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

       Defendant.
_____/

## CASE MANAGEMENT REPORT

1.    Meeting of Parties: Under Local Rule 3.05(c)(2)(B) or (c)(3)(A), a meeting was held on **May 9, 2018** at **2:00 p.m.** (check one)

    ( X ) by telephone
    (___) at _____ and was attended by:

The meeting was attended by:

| Name | Counsel for (if applicable) |
|---|---|
| Michael T. Callahan, Esquire<br>Callahan Law Firm, LLC<br>2935 First Avenue North<br>Suite 2<br>St. Petersburg, Florida 33713<br>727-209-1504<br>mick@mickcallahanlaw.com | Plaintiff |
| Steven D. Lehner, Esquire<br>Hinshaw & Culbertson LLP<br>100 South Ashley Drive<br>Suite 500<br>Tampa, Florida 33602<br>813-868-8850<br>slehner@hinshawlaw.com | Defendant |

2. Initial Disclosure:

a. Rule 26(a)(1), Federal Rules of Civil Procedure, states:

Except as exempted by Rule 26(a)(1)(B) or as otherwise stipulated or ordered by the court, a party must, without awaiting a discovery request, provide to the other parties:

(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

(ii) a copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

(iii) a computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, o which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

(iv) for inspection and copying under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgement in the action or to indemnify or reimburse for payments made to satisfy the judgment. [1]

The parties (check one)

(___) have exchanged Rule 26(a)(1)(A) information.

(XX) agree to exchange Rule 26(a)(1)(A) information
  on or before **May 23, 2018** [2]

---

[1] A party must make its initial disclosures based on the information then reasonably available to it and is not excused from making its disclosures because it has not fully completed its investigation of the case or because it challenges the sufficiency of another party's disclosures or because another party has not made its disclosures. See Fed. R. Civ. P. 26(a)(1).

[2] Information referenced by Fed. R. Civ. P. 26(a)(1)(A)-(D) must be made "at or within 14 days of the Rule 26(f) conference unless a different time is set by stipulation or court order, or unless a party objects during the conference that initial disclosures are not appropriate in the circumstances of the action and states the objection in the Rule 26(f) discovery plan." Fed. R. Civ. P. 26(a)(1). Any party first served or otherwise joined after the Rule 26(f) conference must make these disclosures within 30 days after being served or joined unless a different time is set by stipulation or court order. See Fed. R. Civ. P. 26(a)(1).

Case No. 8:18-cv-700-SDM-TGW

(___) stipulate not to Rule 26(a)(1)(A)because _____
_____
_____


(___) are unable to agree to disclosures of Rule 26(a)(1)(A) information because
_____
_____


3. Discovery Plan (Plaintiff): The parties jointly propose the following discovery plan for the plaintiff:

The parties agree that discovery is limited to the Complete Administrative Record, the Summary Plan Description and any other Plan documents provided to the plan participant.

a. Planned Discovery: A description of every discovery effort the plaintiff plans to pursue appears below under the pertinent heading and includes the subject of the discovery and the timing during which the plaintiff will pursue the discovery

    (1) Requests for Admission: **N/A**

    Number of Requests for Admission: In paragraph 6 of this order, a party may seek – in accord with Rule 26(b)(2) – to limit the number of the plaintiff's requests for admission.

    (2) Written Interrogatories: **N/A**

    Number of Interrogatories: Local Rule 3.03(a) states, "Unless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than twenty-five (25) written interrogatories pursuant to Rule 33, Fed. R. Civ .P., including all parts and subparts." In paragraph 6 of this order the plaintiff may request leave to exceed this limit

    (3) Requests for Production or Inspection: **N/A**

    (4) Oral Depositions: **N/A**

    Number of Depositions: Local Rule 3.02(b) states, "In accordance with Fed. R. Civ. P. 30(a)(2)(A) and 31(a)(2)(A), no more than ten depositions

per side may be taken in any case unless otherwise ordered by the Court." In paragraph 6 of this order the plaintiff may request leave to exceed this limit.

Time Permitted for Each Deposition: Under Rule 30(d)(2), each deposition is limited to seven hours during one day unless extended by order or by agreement of the parties.

The parties request an order extending the duration of the following depositions:

| Name | Proposed length of Deposition | Grounds |
|---|---|---|
| **N/A** | **N/A** | **N/A** |

b. Disclosure of Expert Testimony: Under Rule 26(a)(2)(C), the parties stipulate that the plaintiff's Rule 26(a)(2) disclosure is due on or before _____:

**N/A**

c. Supplementation of Disclosures and Responses: The parties agree that the plaintiff will supplement under Rule 26(e) at the following times:

**N/A**

d. Completion of Discovery: The plaintiff will begin discovery in time to complete the discovery on or before _____.

**N/A**

4. Discovery Plan (Defendant): The parties jointly propose the following discovery plan for the defendant:

The parties agree that discovery is limited to the Complete Administrative Record, the Summary Plan Description and any other Plan documents provided to the plan participant.

a. Planned Discovery: A description of every discovery effort the defendant plans to pursue appears below under the pertinent heading and includes the subject of the discovery and the timing during which the plaintiff will pursue the discovery

(1) Requests for Admission: N/A

Number of Requests for Admission: In paragraph 6 of this order, a party may seek – in accord with Rule 26(b)(2) – to limit the number of the plaintiff's requests for admission.

       (2)       Written Interrogatories:       N/A

Number of Interrogatories: Local Rule 3.03(a) states, "Unless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than twenty-five (25) written interrogatories pursuant to Rule 33, Fed. R. Civ .P., including all parts and subparts." In paragraph 6 of this order the plaintiff may request leave to exceed this limit

       (3)       Requests for Production or Inspection:       N/A

       (4)       Oral Depositions:       N/A

Number of Depositions: Local Rule 3.02(b) states, "In accordance with Fed. R. Civ. P. 30(a)(2)(A) and 31(a)(2)(A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court." In paragraph 6 of this order the defendant may request leave to exceed this limit

Time Permitted for Each Deposition: Under Rule 30(d)(2), each deposition is limited to seven hours during one day unless extended by order or by agreement of the parties.

The parties request an order extending the duration of the following depositions:

| Name | Proposed length of Deposition | Grounds |
|---|---|---|
| **N/A** | **N/A** | **N/A** |

b.    Disclosure of Expert Testimony: Under Rule 26(a)(2)(C), the parties stipulate that the defendant's Rule 26(a)(2) disclosure is due on or before _____:

       **N/A**

c.    Supplementation of Disclosures and Responses: The parties agree that the defendant will supplement under Rule 26(e) at the following times:

       **N/A**

h.    Completion of Discovery: The defendant will begin discovery in time to complete the discovery on or before _____.

**N/A**

5.  Joint Discovery Plan: The parties agree to the following discovery practices (e.g., method of handling confidential information, method for asserting or preserving a privilege or an objection, arrangement for discovery in phases or only on particular issues):

**N/A**

6.  Disagreement or Unresolved Issues Concerning Discovery: No disagreement or unresolved issue excuses the timely establishment of a deadline for completion of discovery. The following discovery issues remain:

7.  Third Party Claim, Joinder of Party, Potentially Dispositive Motion: The parties agree that they must move by **June 11, 2018** for leave to file a third-party claim or for leave to join a party. See Local Rule 4.03. The parties agree that a dispositive motion is due on or before **January 7, 2019** .

8.  Settlement and Alternative Dispute Resolution: Under Local Rule 3.05(c)(2)(C)(v), the parties submit the following statement concerning their intent regarding alternative dispute resolution:

Parties agree that settlement is (check one)

(___) likely
(X ) unlikely

Concerning binding arbitration under Local Rules 8.02(a)(3) and 8.05(b), the parties (check one)

(_____) consent
(_X_) fail to consent.

If the parties fail to consent to binding arbitration, future consent is (check one)

(___) likely
(X ) unlikely

> If the parties fail to consent to binding arbitration, an order will require mediation under Chapter Nine of the Local Rules.

9. Consent to Magistrate Judge Jurisdiction: Concerning consent to the jurisdiction of the United States Magistrate Judge for final disposition, including trial (see 28 U.S.C. § 636), the parties (check one)

(____) consent
( X ) fail to consent.

If the parties do not consent, future consent is (check one)

(____) likely
( X ) unlikely

10. Final Pretrial Conference and Trial: The parties will prepare for a final pretrial conference, which will occur on or after April 2, 2019, and for trial, which will occur on or after May 6, 2019. This trial is expected to last approximately one (1) day and is a (check one)

(____) jury trial
( X ) bench trial

11. Pretrial Disclosures and Final Pretrial Procedures: The parties acknowledge awareness of and compliance with the pretrial disclosure requirements in Rule 26(a)(3) and the final pretrial procedure requirements in Local Rule 3.06.

12. Other Matters: **N/A**

*s/Michael T. Callahan*
CALLAHAN LAW FIRM
2935 First Avenue North, Suite 2
St. Petersburg, FL 33713
(727) 209-1504
Florida Bar No. 0960940
mick@mickcallahanlaw.com

*s/Steven D. Lehner*
HINSHAW & CULBERTSON LLP
100 South Ashley Drive, Ste. 500
Tampa, FL 33602
(813) 276-1662
(813) 276-1956 fax
Fla. Bar No. 0039373
slehner@hinshawlaw.com

Dated: 05/18/2018

Dated: 05/18/2018

7

301859057v1 1006852