UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE DEGRAW,

        Plaintiff,

v.

        Case No.: 8:18-cv-700-T-23TGW

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

        Defendant.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on July 18, 2018, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

   __x__ All individual parties and their respective trial counsel.

   __x__ Designated corporate representatives.

   __x__ Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered: None

(c) The outcome of the mediation conference was:

   __x__ The case has been completely settled. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____   The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____   The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

_____   The parties have reached an impasse.

Done this 18th day of July, 2018 in Tampa, Florida.

/s/ Brett J. Preston
Brett J. Preston
Florida Bar No. 603716
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
(813) 221-2900 (Facsimile)
Mediator

**CERTIFICATE OF SERVICE**

I certify that on July 18, 2018, a true and correct copy of the forgoing was filed with the Clerk of the Court using the electronic filing system, which will send notice of electronic filing and service to all counsel of record.

/s/ Brett J. Preston
Brett J. Preston