UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE DEGRAW,

    Plaintiff,

v.                                         CASE NO. 8:18-cv-700-T-23TGW

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.
_____/

**ORDER**

The mediator announces (Doc. 20) a pending settlement. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on July 20, 2018.

                                                            STEVEN D. MERRYDAY
                                                            UNITED STATES DISTRICT JUDGE