UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE DEGRAW,

    Plaintiff,

v.                                  CASE NO. 8:18-cv-700-T-23TGW

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 22), this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on August 2, 2018.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE